UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:20-cv-2838-T-33TGW

DAVID POSCHMANN,

        Plaintiff,

v.

BEACH BUM VACATION
RESORTS, LLC,

        Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his/its own fees and costs except as otherwise agreed in the parties' settlement agreement.

Dated: December 28, 2020

                                          s/Drew M. Levitt
                                          Drew M. Levitt
                                          Florida Bar No. 782246
                                          drewmlevitt@gmail.com
                                          Lee D. Sarkin, Esq.
                                          Florida Bar No. 962848
                                          Lsarkin@aol.com
                                          4700 N.W. Boca Raton Boulevard
                                          Suite 302
                                          Boca Raton, Florida 33431
                                          Telephone (561) 994-6922
                                          Attorneys for Plaintiff